IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  14-cv-03230-RPM

WAYNE T. RICHARDSON and
JULIE F. SEYMOUR,

       Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a/k/a
AMERICAN FAMILY INSURANCE GROUP,

       Defendant.

_____

ORDER SETTING PRETRIAL CONFERENCE
_____

The Court having determined that a pretrial conference should now be scheduled, it is

ORDERED that a pretrial conference is scheduled for **October 27, 2015, at 3:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIIIJudges/HonRichardPMatsch.aspx. The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **October 22, 2015.**  The conference is conducted with lead counsel present in person.  No parties or representatives of parties will be permitted to attend.

Dated:   August 31st, 2015

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge