IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  14-cv-03230-RPM

WAYNE T. RICHARDSON and
JULIE F. SEYMOUR,

      Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a/k/a
AMERICAN FAMILY INSURANCE GROUP,

      Defendant.
_____

## ORDER SETTING TRIAL DATE
_____

Pursuant to the October 27, 2015, pretrial conference, it is

ORDERED that this matter is set for trial to jury on **May 16, 2016, at 8:30 a.m., with counsel to be present at 8:00 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at

http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIII Judges/HonRichardPMatsch.aspx .

Dated:   October 28th, 2015

                                 BY THE COURT:

                                 s/Richard P. Matsch

                                 _____
                                 Richard P. Matsch, Senior District Judge