IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  14-cv-03230-RPM

WAYNE T. RICHARDSON and
JULIE F. SEYMOUR,

     Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a/k/a
AMERICAN FAMILY INSURANCE GROUP,

     Defendant.
_____

ORDER DENYING MOTION TO AMEND FINAL PRETRIAL ORDER
_____

     Upon consideration of Plaintiffs' Motion to Amend Final Pretrial Order to Include Supplement to Expert Report [Doc. 29] and defendant's response, it is

     ORDERED that the motion is denied.

     Dated:   February 8th, 2016

                               BY THE COURT:

                               s/Richard P. Matsch

                               _____
                               Richard P. Matsch, Senior District Judge